**THOMAS GODFREY**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Thomas.Godfrey@usdoj.gov

FILED

MAY 21 2026

Clerk, US District Court
District of Montana - Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 26- 53 -BLG- SPW |
| Plaintiff, | **INDICTMENT** |
| vs. | **PROHIBITED PERSON IN POSSESSION OF A FIREARM** (Count 1) Title 18 U.S.C. § 922(g)(3) (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) |
| **JOSEY DALE GUARDIPEE,** | |
| Defendant. | **POSSESSION OF A STOLEN FIREARM** (Count 2) Title 18 U.S.C. § 922(j) (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
| | **RECEIPT OF A FIREARM WHILE UNDER FELONY INFORMATION** (Count 3) Title 18 U.S.C. § 922(n) (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |

1

|  | **CRIMINAL FORFEITURE**<br>**Title 18 U.S.C. § 924(d)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or about November 20, 2025, at Billings within Yellowstone County, in the State and District of Montana, defendant JOSEY DALE GUARDIPEE, knowing she was an unlawful user of any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802)), knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(3).

## COUNT 2

That on or about November 20, 2025, at Billings within Yellowstone County, in the State and District of Montana, defendant JOSEY DALE GUARDIPEE, knowingly possessed, in and affecting interstate commerce, a firearm, knowing or having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j).

## COUNT 3

That on or about November 20, 2025, at Billings within Yellowstone County, in the State and District of Montana, defendant JOSEY DALE GUARDIPEE, knowing she was then under information for a crime punishable by imprisonment for a term

2

exceeding one year under the laws of the state of Montana, willfully received, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(n).

FORFEITURE ALLEGATION

If convicted of any offense in this indictment, the defendant, JOSEY DALE GUARDIPEE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3